

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2016

No. 04-16-00299-CR

**IN RE STATE OF TEXAS**

Original Proceeding[1]

**ORDER**

On May 11, 2016, Relator Fred Hernandez, the 63rd District Attorney of Kinney, Val Verde and Terrell Counties for the State of Texas, filed a petition for writ of prohibition and writ of mandamus, motion for emergency stay, and motion for production. The court has considered Relator's petition for writ of mandamus and has given the Respondent and the Real Party in Interest the opportunity to file a response. No response has been filed. The court has determined that Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Robert Cadena is ORDERED to vacate the order of April 22, 2016 in its entirety. The writ will issue only if we are notified that Judge Cadena has failed to vacate his order as directed within ten days from the date of this order. Relator's petition for writ of prohibition is DENIED. Relator's motion for production is DENIED AS MOOT.

It is so **ORDERED** on August 3, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13197CR, styled *The State of Texas v. Nina Gonzalez*, pending in the 83rd Judicial District Court, Val Verde County, Texas, the Honorable Robert Cadena presiding.